# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANGELA A. LAWSHE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-00035-JB-N |
| | ) |
| BABER'S INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 76) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated December 8, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Angela Lawshe's claims against Baber's, Inc. be **DISMISSED with prejudice.** Further, it is **ORDERED** that Babers, Inc. be awarded reasonable fees and costs to remedy Lawshe's discovery failures. The amount of this award will be determined with a separate order after briefing. The following motions are now **MOOT**: Docs. 51, 52, 63, and 66. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 7th day of January, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE